UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| LIBERTY MUTUAL FIRE INSURANCE COMPANY,<br><br>*Plaintiff*,<br><br>v.<br><br>RED ROOF INNS, INC.; RED ROOF FRANCHISING, LLC; RRI WEST MANAGEMENT, LLC; FMW RRI NC, LLC,<br><br>*Defendants*,<br><br>JANE DOE #1, JANE DOE #2, JANE DOE #3, JANE DOE #4, W.K., E.H., M.M., R.P., M.B., D.P., A.F., C.A., R.K., K.P., T.H., H.B., and K.M.,<br><br>*Nominal Defendants*. | Civil Action No.: 1:23-cv-02047-LMM |

## [PROPOSED] ORDER

This matter is before the Court on Plaintiff's Consent Motion File a Second Amended Complaint. After review of the record and due consideration, Plaintiff's Consent Motion File a Second Amended Complaint is GRANTED. Plaintiff shall have through and including _____, 14 days from the date of this Order, to file its Second Amended Complaint. The September 5, 2024 deadline to respond to Plaintiff's First Amended Complaint is ADJOURNED.

Date:  _____
Leigh Martin May, U.S.D.J.