# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| LIBERTY MUTUAL FIRE INSURANCE COMPANY <br><br>Plaintiff, <br><br>v. <br><br>RED ROOF INNS, INC., RED ROOF FRANCHISING, LLC, RRI WEST MANAGEMENT, LLC, FMW RRI NC, LLC, <br><br>Defendants, <br><br>JANE DOE #1, JANE DOE #2, JANE DOE #3, JANE DOE #4, W.K., E.H., M.M., R.P., M.B., D.P., A.F., C.A., R.K., K.P., T.H., H.B., and K.M. <br><br>Nominal Defendants. | CIVIL ACTION NO. <br>1:23-cv-02047-LMM |

**DEFENDANTS RED ROOF INNS, INC., RED ROOF FRANCHISING, LLC, RRI WEST MANAGEMENT, LLC, AND FMW RRI NC, LLC'S MOTION FOR THE COURT TO TAKE JUDICIAL NOTICE**

Pursuant to Federal Rule of Evidence 201,[1] Red Roof requests the Court take judicial notice of the fact that the lawsuit captioned as *W.K., et al. v. Red Roof Inns, Inc., et al.,* in the United States District Court for the Northern District of Georgia, Case No. 1:20-cv-05263, which is relied on as a basis for Plaintiff's Amended

---

[1] Rule 201 (c) states "The court: (1) may take judicial notice on its own; or (2) must take judicial notice if a party requests it and the court is supplied with the necessary information."

1

Complaint (Doc. 74, ¶¶ 71-87, 203-220), has settled and been dismissed. Red Roof requests the Court take judicial notice of this fact in ruling on its Motion to Dismiss Plaintiff's Amended Complaint filed contemporaneously. *U.S. ex rel. Osheroff v. Humana Inc.*, 776 F.3d 805 (11th Cir. 2015) (allowing courts to take judicial notice of facts in publicly filed documents on a Rule 12(b)(6) motion to dismiss if they are not subject to reasonable dispute).

    Respectfully submitted, this 5th day of September, 2024.

**FELLOWS LABRIOLA LLP**

*/s/ Shattuck Ely*
Shattuck Ely
Georgia Bar No. 246944
tely@fellab.com
Jonathan Spratling
Georgia Bar No. 358001
jspratling@fellab.com

Peachtree Center
Suite 2400 Harris Tower
233 Peachtree Street, N.E.
Atlanta, Georgia 30303
(404) 586-9200

*Attorneys for Defendants Red Roof Inns, Inc., Red Roof Franchising, LLC, RRI West Management, LLC, and FMW RRI, LLC*

## **CERTIFICATE OF FONT AND POINT SELECTION**

Undersigned counsel hereby certifies, under LR 7.1(D), NDGa, that the foregoing was prepared in Times New Roman, 14-point font, which is one of the fonts and point selections approved in LR 5.1, NDGa.

*/s/ Shattuck Ely*
Shattuck Ely

## **CERTIFICATE OF SERVICE**

I certify that this day, I electronically filed the foregoing using the Court's CM/ECF system, which will send email notification to all counsel of record.

Respectfully submitted, this 5th day of September, 2024.

*/s/ Shattuck Ely*
Shattuck Ely
