UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

LIBERTY MUTUAL FIRE
INSURANCE COMPANY,

    *Plaintiff*,

v.

RED ROOF INNS, INC.; RED
ROOF FRANCHISING, LLC;
RRI WEST MANAGEMENT,
LLC; FMW RRI NC, LLC,

    *Defendants*,

JANE DOE #1, JANE DOE #2, JANE
DOE #3, JANE DOE #4, W.K., E.H.,
M.M., R.P., M.B., D.P., A.F., C.A., R.K.,
K.P., T.H., H.B., and K.M.,

    *Nominal Defendants*.

Civil Action No.: 1:23-cv-02047-LMM

## ORDER

This matter is before the Court on Plaintiff's Consent Motion File a Second Amended Complaint. After review of the record and due consideration, Plaintiff's Consent Motion File a Second Amended Complaint is GRANTED. Plaintiff shall have through and including  September 20, 2024 , 14 days from the date of this Order, to file its Second Amended Complaint. The September 5, 2024 deadline to respond to Plaintiff's First Amended Complaint is ADJOURNED.

Date: September 6, 2024

                                                        _____
                                                        Leigh Martin May, U.S.D.J.