IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| LIBERTY MUTUAL FIRE INSURANCE COMPANY ) ) ) ) Plaintiff, ) ) v. ) ) RED ROOF INNS, INC., RED ROOF ) FRANCHISING, LLC, RRI WEST ) MANAGEMENT, LLC, FMW RRI ) NC, LLC, ) ) Defendants, ) ) JANE DOE #1, JANE DOE #2, JANE ) DOE #3, JANE DOE #4, W.K., E.H., ) M.M., R.P., M.B., D.P., A.F., C.A., ) R.K., K.P., T.H., H.B., and K.M. ) ) Nominal Defendants. ) | CIVIL ACTION NO. 1:23-cv-02047-LMM |

**DEFENDANTS RED ROOF INNS, INC., RED ROOF FRANCHISING, LLC, RRI WEST MANAGEMENT, LLC, AND FMW RRI NC, LLC'S WITHDRAWAL OF MOTION TO DISMISS FIRST AMENDED COMPLAINT AND MOTION FOR THE COURT TO TAKE JUDICIAL NOTICE**

Defendants Red Roof Inns, Inc., Red Roof Franchising, LLC, RRI West Management, LLC and FMW RRI NC, LLC ("Defendants") hereby withdraw their Motion to Dismiss [Doc. 76] and Motion to Take Judicial Notice [Doc. 77] as moot in light of Plaintiff's filing of its Second Amended Complaint [Doc. 79]. Defendants will file a renewed Motion to Dismiss the Second Amended Complaint on or before the responsive pleading deadline of October 4, 2024.

1

Respectfully submitted, this 24th day of September, 2024.

          **FELLOWS LABRIOLA LLP**

          */s/ Shattuck Ely*
          Shattuck Ely
          Georgia Bar No. 246944
          tely@fellab.com
          Jonathan Spratling
          Georgia Bar No. 358001
          jspratling@fellab.com

Peachtree Center
Suite 2400 Harris Tower
233 Peachtree Street, N.E.
Atlanta, Georgia 30303
(404) 586-9200

*Attorneys for Defendants Red Roof Inns, Inc., Red Roof Franchising, LLC, RRI West Management, LLC, and FMW RRI, LLC*

## **CERTIFICATE OF FONT AND POINT SELECTION**

Undersigned counsel hereby certifies, under LR 7.1(D), NDGa, that the foregoing was prepared in Times New Roman, 14-point font, which is one of the fonts and point selections approved in LR 5.1, NDGa.

>    */s/ Shattuck Ely*
>    Shattuck Ely

## **CERTIFICATE OF SERVICE**

I certify that this day, I electronically filed the foregoing using the Court's CM/ECF system, which will send email notification to all counsel of record.

Respectfully submitted, this 24th day of September, 2024.

>  */s/ Shattuck Ely*
>  Shattuck Ely