UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| LIBERTY MUTUAL FIRE INSURANCE COMPANY,<br><br>*Plaintiff*,<br><br>v.<br><br>RED ROOF INNS, INC.; RED ROOF FRANCHISING, LLC; RRI WEST MANAGEMENT, LLC; FMW RRI NC, LLC,<br><br>*Defendants*,<br><br>JANE DOE #1, JANE DOE #2, JANE DOE #3, JANE DOE #4, W.K., E.H., M.M., R.P., M.B., D.P., A.F., C.A., R.K., K.P., T.H., H.B., and K.M.,<br><br>*Nominal Defendants*. | Civil Action No.: 1:23-cv-02047-LMM |

**CONSENT MOTION TO EXTEND TIME TO OPPOSE
THE DEFENDANTS' MOTION TO DISMISS**

Plaintiff Liberty Mutual Fire Insurance Company (the "Plaintiff" or "Liberty Mutual"), with the consent of Defendants Red Roof Inns, Inc., Red Roof Franchising, LLC, RRI West Management LLC, RRI III, LLC, and FMW RRI NC, LLC (collectively, the "Defendants") and Nominal Defendant H.B. and pursuant to Federal Rule of Civil Procedure 6(b)(1)(a), respectfully requests a fourteen (14) day extension of the time to file its Opposition to Defendants' Motion to Dismiss (Dkt. No. 81). In support therefore, the Plaintiff states as follows:

1. The Defendants filed their Motion to Dismiss on October 4, 2024. Nominal Defendant H.B. joined the Defendants' Motion to Dismiss on that same day (Dkt. No. 82). The Plaintiff's Opposition is presently due on October 18, 2024.

2. The Plaintiff has asked the Defendants and Nominal Defendant H.B. to consent to a fourteen (14) day extension of its time to respond to enable the Plaintiff to have sufficient time to prepare its response to the Motion to Dismiss. The Defendants and Nominal Defendant H.B. have consented to this request.

3. Accordingly, the Plaintiff respectfully requests that this Court grant its Consent Motion and extend the deadline for Plaintiff to oppose the Defendants' Motion to Dismiss to November 1, 2024.

Respectfully submitted, this 14th day of October 2024.

/s/ Andrew Rosenzweig_____
Andrew Rosenzweig
Georgia Bar No. 372812
Nelson Mullins Riley & Scarborough LLP
201 17th Street NW
Suite 1700
Atlanta, GA 30363
Tel: (404) 332-6110

Of Counsel:
Nancy D. Adams (pro hac vice)
NDAdams@mintz.com
Alec J. Zadek (pro hac vice)
AZadek@mintz.com
MINTZ, LEVIN, COHN, FERRIS,
  GLOVSKY AND POPEO, P.C.
One Financial Center
Boston, MA 02111
Tel: (617) 542-6000

/s/ Shattuck Ely_____
Shattuck Ely
Georgia Bar No. 246944
tely@fellab.com
Jonathan Spratling
Georgia Bar No. 358001
jspratling@fellab.com
FELLOWS LABRIOLA LLP
Peachtree Center
Suite 2400 Harris Tower 233
Peachtree Street, N.E.
Atlanta, Georgia 30303
Tel: (404) 586-9200

*Attorneys for Defendants*

Alexandra Gallo-Cook (*pro hac vice*)
lgallocook@mintz.com
MINTZ, LEVIN, COHN, FERRIS,
  GLOVSKY AND POPEO, P.C.
919 Third Avenue, 38th Floor
New York, NY 10022
Tel: (212) 935-3000

*Attorneys for Plaintiff*

/s/ Donald L. Swift, III_____
Donald L. Swift, III
Georgia Bar No. 695199
dswift@atclawfirm.com
ANDERSEN, TATE, & CARR, P.C.
One Sugarloaf Centre
1960 Satellite Boulevard, Suite 4000
Duluth, GA 30097
Tel: (770) 822-0900

*Attorneys for Nominal Defendant, H.B.*

## **CERTIFICATE OF COMPLIANCE**

The undersigned counsel certifies that the foregoing has been prepared in Times New Roman (14 point) font, as required by the Court in Local Rule 5.1(B).

This 14th day of October 2024.

*/s/ Andrew Rosenzweig*_____
Andrew Rosenzweig
Georgia Bar No. 372812
Nelson Mullins Riley & Scarborough LLP
201 17th Street NW
Suite 1700
Atlanta, GA 30363
Tel: (404) 332-6110

*Of Counsel*:
Nancy D. Adams (*pro hac vice*)
NDAdams@mintz.com
Alec J. Zadek (*pro hac vice*)
AZadek@mintz.com
MINTZ, LEVIN, COHN, FERRIS,
  GLOVSKY AND POPEO, P.C.
One Financial Center
Boston, MA 02111
Tel: (617) 542-6000

Alexandra Gallo-Cook (*pro hac vice*)
lgallocook@mintz.com
MINTZ, LEVIN, COHN, FERRIS,
  GLOVSKY AND POPEO, P.C.
919 Third Avenue, 38th Floor
New York, NY 10022
Tel: (212) 935-3000

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

This is to certify that I electronically filed the foregoing Consent Motion with the Clerk of the Court using the CM/ECF system, which will automatically send email notification of such filing to the following attorneys of record:

| | |
|---|---|
| Shattuck Ely<br>Georgia Bar No. 246944<br>tely@fellab.com<br>Jonathan Spratling<br>Georgia Bar No. 358001<br>jspratling@fellab.com<br>FELLOWS LABRIOLA LLP<br>Peachtree Center<br>Suite 2400 Harris Tower 233<br>Peachtree Street, N.E.<br>Atlanta, Georgia 30303<br>Tel: (404) 586-9200 | Donald L. Swift III<br>Georgia Bar No. 695199<br>dswift@atclawfirm.com<br>ANDERSEN, TATE, & CARR, P.C.<br>One Sugarloaf Centre<br>1960 Satellite Boulevard, #4000<br>Duluth, Georgia 30097<br>Tel: (770) 822-0900<br><br>Matthew B. Stoddard<br>Matt@LegalHelpGa.com<br><br>1534 N Decatur Road<br>Atlanta, GA 30307<br>Tel: (470) 467-2200 |

*/s/ Andrew Rosenzweig*
Andrew Rosenzweig