# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| LIBERTY MUTUAL FIRE INSURANCE COMPANY,<br><br>*Plaintiff*,<br><br>v.<br><br>RED ROOF INNS, INC.; RED ROOF FRANCHISING, LLC; RRI WEST MANAGEMENT, LLC; FMW RRI NC, LLC,<br><br>*Defendants*,<br><br>JANE DOE #1, JANE DOE #2, JANE DOE #3, JANE DOE #4, W.K., E.H., M.M., R.P., M.B., D.P., A.F., C.A., R.K., K.P., T.H., H.B., and K.M.,<br><br>*Nominal Defendants*. | Civil Action No.: 1:23-cv-02047-LMM |

## [PROPOSED] ORDER

This matter is before the Court on the Plaintiff's Consent Motion to Extend Time to Oppose Red Roof Inns, Inc., Red Roof Franchising, LLC, RRI West Management, LLC, and FMW RRI NC, LLC's Motion to Dismiss (Dkt. 81), which was joined by Nominal Defendant H.B. (Dkt. 82), with respect to the Plaintiff's Second Amended Complaint (Dkt. 79). After review of the record and due consideration, the Plaintiff's Consent Motion to Extend Time to Oppose is GRANTED. Plaintiff shall have through and including November 1, 2024 to oppose the pending Motion to Dismiss.

Date: _____

_____
Leigh Martin May, U.S.D.J.