UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

LIBERTY MUTUAL FIRE
INSURANCE COMPANY,

*Plaintiff,*

v.

RED ROOF INNS, INC.; RED
ROOF FRANCHISING, LLC;
RRI WEST MANAGEMENT,
LLC; FMW RRI NC, LLC,

*Defendants,*

JANE DOE #1, JANE DOE #2, JANE
DOE #3, JANE DOE #4, W.K., E.H.,
M.M., R.P., M.B., D.P., A.F., C.A., R.K.,
K.P., T.H., H.B., and K.M.,

*Nominal Defendants.*

Civil Action No.: 1:23-cv-02047-LMM

## ORDER

This matter is before the Court on the Plaintiff's Consent Motion to Extend Time to Oppose Red Roof Inns, Inc., Red Roof Franchising, LLC, RRI West Management, LLC, and FMW RRI NC, LLC's Motion to Dismiss (Dkt. 81), which was joined by Nominal Defendant H.B. (Dkt. 82), with respect to the Plaintiff's Second Amended Complaint (Dkt. 79). After review of the record and due consideration, the Plaintiff's Consent Motion to Extend Time to Oppose is GRANTED. Plaintiff shall have through and including November 1, 2024 to oppose the pending Motion to Dismiss.

IT IS SO ORDERED, this 15th day of October, 2024.

LEIGH MARTIN MAY
UNITED STATES DISTRICT JUDGE