# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| LIBERTY MUTUAL FIRE INSURANCE COMPANY, : : : | |
| Plaintiff, : : | |
| v. : : | CIVIL ACTION NO. 1:23-cv-02047-LMM |
| RED ROOF INNS, INC., et al., : : | |
| Defendants. : | |

## ORDER

Presently before the Court is Defendant H.B.'s motion to join the motion to dismiss filed by Defendants FMW RRI NC, LLC; RRI West Management, LLC; Red Roof Franchising, LLC; and Red Roof Inns, Inc. No opposition having been filed, the motion for joinder, Dkt. No. [82], is **GRANTED**, and the Court will consider the motion to dismiss, Dkt. No. [81], as though H.B. had participated in filing the motion. The Clerk is **DIRECTED** to amend the docket text at Docket Entry 81 accordingly.

**IT IS SO ORDERED** this 22nd day of October, 2024.

_____
**Leigh Martin May**
**United States District Judge**