UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| LIBERTY MUTUAL FIRE INSURANCE COMPANY,<br><br>*Plaintiff*,<br><br>v.<br><br>RED ROOF INNS, INC.; RED ROOF FRANCHISING, LLC; RRI WEST MANAGEMENT, LLC; FMW RRI NC, LLC,<br><br>*Defendants*,<br><br>JANE DOE #1, JANE DOE #2, JANE DOE #3, JANE DOE #4, W.K., E.H., M.M., R.P., M.B., D.P., A.F., C.A., R.K., K.P., T.H., H.B., AND K.M.,<br><br>*Nominal Defendants*. | Civil Action No.: 1:23-cv-02047-LMM |

## RULE 5.4 CERTIFICATE OF SERVICE

I hereby certify that I have this day served (1) ***Plaintiff Liberty Mutual Fire Insurance Company's First Set Of Interrogatories To Defendants Red Roof Inns, Inc., Red Roof Franchising, LLC, RRI West Management, LLC, And FMW RRI NC, LLC*** and (2) ***Plaintiff Liberty Mutual Fire Insurance Company's First Request for production Of Documents And Things to Defendants Red Roof Inns, Inc., Red Roof Franchising, LLC, RRI West Management, LLC, And FMW RRI NC, LLC*** via electronic mail to the following counsel of record:

> Nancy D. Adams *(pro hac vice)*
> Alec J. Zadek *(pro hac vice)*
> MINTZ, LEVIN, COHN, FERRIS, GLOVSKY AND POPEO, P.C.
> One Financial Center
> Boston, MA 02111
> ndadams@mintz.com
> azadek@mintz.com

Ellen M. Farrell *(pro hac vice)*
MINTZ LEVIN, COHN, FERRIS,
GLOVSKY AND POPEO, P.C.
555 12th Street NW, Suite 1100
Washington, D.C. 20004
emfarrell@mintz.com

Alexandra Gallo-Cook *(pro hac vice)*
MINTZ, LEVIN, COHN, FERRIS,
GLOVSKY AND POPEO, P.C.
919 Third Avenue
New York, NY 10022
lgallocook@mintz.com

Michael Rosen Baumrind
John Earl Floyd
Juliana Mesa
Tiana Scogin Mykkeltvedt
Amanda Kay Seals
Manoj Sam Varghese
BONDURANT MIXSON & ELMORE, LLP
1201 West Peachtree Street, N.W., Ste 3900
Atlanta, GA 30309-3417
baumrind@bmelaw.com
floyd@bmelaw.com
mesa@bmelaw.com
mykkeltvedt@bmelaw.com
seals@bmelaw.com
varghese@bmelaw.com

Donald L. Swift, III
Jonathan Tonge
ANDERSEN, TATE & CARR, PC
One Sugarloaf Centre
1960 Satellite Blvd, Suite 4000
Duluth, GA 30097
dswift@atclawfirm.com
jtonge@atclawfirm.com

Matthew B. Stoddard
The Stoddard Firm
1534 N. Decatur Road, NE
Atlanta, GA 30307
matt@legalhelpga.com

Shattuck Ely

Fellows laBriola LLP
233 Peachtree Street, NE, Suite 2400
Atlanta, GA 30303
tely@fellab.com

            */s/ Andrew Rosenzweig*
            ANDREW J. ROSENZWEIG
            Georgia Bar No. 372812

BENDIN SUMRALL & LADNER, LLC
One Midtown Plaza
1360 Peachtree Street NE, Suite 800
Atlanta, Georgia 30309
Phone: (404) 671-3100
Fax: (404) 671-3080
arosenzweig@bsllaw.net

*Attorneys for Plaintiff,*
*Liberty Mutual Fire Insurance Company*