IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| LIBERTY MUTUAL FIRE INSURANCE COMPANY,<br><br>          Plaintiff,<br><br>   v.<br><br>RED ROOF INNS, INC.; RED ROOF FRANCHISING, LLC; RRI WEST MANAGEMENT, LLC; FMW RRI NC, LLC,<br><br>          Defendants,<br><br>JANE DOE #1, JANE DOE #2, JANE DOE #3, JANE DOE #4, W.K., E.H., M.M., R.P., M.B., D.P., A.F., C.A., R.K., K.P., T.H., H.B., and K.M.,<br><br>          Nominal Defendants. | Civil Action No.: 1:23-cv-02047-LMM |

## **NOTICE OF WITHDRAWAL OF COUNSEL**

Per Local Rule 83.1(E)(4), Erika C. Birg of the law firm of Nelson, Mullins, Riley & Scarborough LLP, hereby provides her notice of withdrawal as local counsel of record for Plaintiff. Upon Erika C. Birg's withdrawal, Plaintiff Liberty Mutual Fire Insurance Company's local counsel of record is:

Andrew Rosenzweig
Bendin Sumrall & Ladner, LLC
1360 Peachtree St NE, #800
Phone: 404.671.3100
Facsimile: 404.671.3080

4913-9781-4298 v.2

arosenzweig@bsllaw.net

Mr. Rosenzweig is already counsel of record in this case and meets the requirements of LR 83.1(B)(4). Plaintiff continues to be represented by all other existing counsel of record.

Respectfully submitted this 13th day of February 2025,

                NELSON MULLINS RILEY & SCARBOROUGH LLP

                */s/ Erika C. Birg*
                Erika C. Birg
                Georgia Bar No. 058140
                Erika.Birg@nelsonmullins.com
                201 17th Street NW, Suite 1700
                Atlanta, GA 30363
                Tel: (404) 322-6110

4913-9781-4298 v.2

## **CERTIFICATE OF COMPLIANCE**

I hereby certify that the foregoing was prepared using Times New Roman font, 14-point type, which is one of the fonts and print selections approved by the Court in L.R. 5.1(B).

This the 13 day of February, 2025.

*/s/ Erika C. Birg*
Erika C. Birg
Georgia Bar No. 058140
