UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| LIBERTY MUTUAL FIRE INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>Red Roof Inns, Inc.; Red Roof Franchising, LLC; RRI West Management, LLC; and FMW RRI NC, LLC,<br><br>Defendants,<br><br>and<br><br>Jane Doe #1, Jane Doe #2, Jane Doe #3, Jane Doe #4, W.K., E.H., M.M., R.P., M.B., D.P., A.F., C.A., R.K., K.P., T.H., H.B., and K.M.,<br><br>Nominal Defendants. | CIVIL ACTION NO.<br>1:23-cv-02047-LMM |

**JOINT MOTION FOR ENTRY OF STIPULTAED PROTECTIVE ORDER**

The Parties jointly move this Court for the entry of the attached proposed Stipulated Protective Order. The Parties agree that certain documents, things, and information that may be sought in discovery contain sensitive, private, personal, and/or confidential information that should be protected from public disclosure. The parties have included in the proposed Stipulated Protective Order the specific language set forth in the Court's Standing Order Regarding Civil Litigation.

Accordingly, the Parties respectfully request that this Joint Motion for Entry of Stipulated Protective Order be granted so that discovery may proceed in an orderly manner.

Respectfully submitted, this 10th day of April, 2025.

| **FELLOWS LABRIOLA LLP** | **BENDIN SUMRALL & LADNER, LLC** |
|---|---|
| */s/ Shattuck Ely* | */s/ Andrew Rosenzweig* |
| Shattuck Ely | Andrew Rosenzweig |
| Georgia Bar No. 246944 | arosenzweig@bsllaw.net |
| tely@fellab.com | Georgia Bar No. 372812 |
| Jonathan Spratling | 1360 Peachtree St. NE, #800 |
| Georgia Bar No. 358001 | (404) 671-3100 |
| jspratling@fellab.com | |
| Suite 2400 Harris Tower | **MINTZ, LEVIN, COHN, FERRIS,** |
| 233 Peachtree Street, N.E. | **GLOVSKY AND POPEO, P.C.** |
| Atlanta, Georgia 30303 | |
| (404) 586-9200 | */s/ Alexandra Gallo-Cook* |
| | Nancy D. Adams *(pro hac vice)* |
| *Attorneys for Defendants Red Roof* | NDAdams@mintz.com |
| *Inns, Inc., Red Roof Franchising, LLC,* | Alec J. Zadek *(pro hac vice)* |
| *RRI West Management, LLC, and* | AZadek@mintz.com |
| *FMW RRI NC, LLC* | One Financial Center |
| | Boston, MA 02111 |
| **THE STODDARD FIRM** | (617) 542-6000 |
| | |
| */s/ Matthew B. Stoddard* | Ellen M. Farrell |
| Matthew B. Stoddard | *(pro hac to be submitted)* |
| Matt@LegalHelpGa.com | EMFarrell@mintz.com |
| 1534 N Decatur Road | 555 12th Street NW, Suite 1100 |
| Atlanta, GA 30307 | Washington, D.C. 20004 |
| Tel: (470) 467-2200 | (202)-434-7300 |
| | |
| *Attorney for Nominal Defendant K.M.* | Alexandra Gallo-Cook *(pro hac vice)* |
| | lgallocook@mintz.com |
| | 919 Third Avenue |
| | New York, NY 10022 |

**ANDERSEN, TATE, & CARR, P.C.**          (212) 935-3000

*/s/ Donald L. Swift, III*          *Attorneys for Plaintiff*
Patrick J. McDonough
Georgia Bar No. 489855
pmcdonough@atclawfirm.com
Donald L. Swift, III
Georgia Bar No. 695199
dswift@atclawfirm.com
Jonathan S. Tonge
Georgia Bar No. 303999
jtonge@atclawfirm.com
1960 Satellite Boulevard, Suite 4000
Duluth, GA 30097
Tel: (770) 822-0900

*Attorneys for Nominal Defendants Jane Doe #1, Jane Doe #2, Jane Doe #3, Jane Doe #4, W.K., E.H., M.M., R.P., M.B., D.P., A.F., C.A., R.K., K.P., T.H, H.B.*