

Jonathan Spratling
jspratling@fellab.com
Direct Dial: 404.586.2042
Direct Fax: 404.521.4719

www.fellab.com

233 Peachtree Street, NE
Suite 2400, Harris Tower
Atlanta, GA 30303-1509
Main: 404.586.9200
Main Fax: 404.586.9201

April 14, 2025

Courtroom Deputy Clerk to
The Honorable Leigh Martin May
Richard B. Russell Federal Building and
U.S. Courthouse
75 Ted Turner Drive, SW
Atlanta, Georgia 30303

Re: **Liberty Mutual Fire Insurance Company v. Red Roof Inns, Inc. et al.**, Case No. 1:23-cv-02047-LMM, U.S. District Court for the Northern District of Georgia.

Dear Courtroom Deputy Clerk:

I am serving as counsel to the defendants Red Roof Inns, Inc., Red Roof Franchising, LLC, RRI West Management, LLC and FMW RRF NC, LLC in the above-referenced action. Pursuant to Local Rule 83.1(E)(3), entitled *Leave of Absence*, I hereby notify the Judge, affected Clerk of Court, and all related parties that I will be on leave during the following time periods: **May 15, 2025, through May 20, 2025** (travel out of state); **May 22, 2025, through May 24, 2025** (travel out of state), **June 24, 2025 through June 27, 2025** (travel out of state), **July 29, 2025** (medical) and **September 18, 2025 through September 19, 2025** (family commitment).

Thank you very much for your consideration of my request.

Sincerely,

s/Jonathan Spratling
Jonathan Spratling
FOR THE FIRM

cc:   All counsel of record
      (via CM/ECF)