UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| LIBERTY MUTUAL FIRE INSURANCE COMPANY,<br><br>                Plaintiff,<br><br>vs.<br><br>RED ROOF INNS, INC., ET AL,<br><br>                Defendants. | CIVIL ACTION FILE<br><br>NO. 1:23-cv-2047-LMM |

## J U D G M E N T

This action having come before the court, Honorable Leigh Martin May, United States District Judge, for consideration of the defendants' motion to dismiss, and the court having granted said motion, it is

**Ordered and Adjudged** that the action be, and the same hereby is, dismissed.

Dated at Atlanta, Georgia, this 15th day of August, 2025.

                                                          KEVIN P. WEIMER
                                                          CLERK OF COURT

                                    By:   s /D. Barfield
                                                   Deputy Clerk

Prepared, Filed, and Entered
in the Clerk's Office
August 15, 2025
Kevin P. Weimer
Clerk of Court

By: s/ D. Barfield
      Deputy Clerk