UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| LIBERTY MUTUAL FIRE INSURANCE COMPANY,<br><br>*Plaintiff*,<br><br>v.<br><br>RED ROOF INNS, INC.; RED ROOF FRANCHISING, LLC; RRI WEST MANAGEMENT, LLC; FMW RRI NC, LLC,<br><br>*Defendants*,<br><br>JANE DOE #1, JANE DOE #2, JANE DOE #3, JANE DOE #4, W.K., E.H., M.M., R.P., M.B., D.P., A.F., C.A., R.K., K.P., T.H., H.B., AND K.M.,<br><br>*Nominal Defendants*. | Civil Action No.:  1:23-cv-02047-LMM |

**LIBERTY MUTUAL FIRE INSURANCE COMPANY'S
<u>NOTICE OF APPEAL</u>**

Plaintiff Liberty Mutual Fire Insurance Company, by counsel, appeals to the United States Court of Appeals for the Eleventh Circuit from the final judgment entered in this action on August 15, 2025 (ECF No. 94).

September 12, 2025.

<div style="display: flex;">

<div>

*Of Counsel:*

Nancy D. Adams (*pro hac vice*)
NDAdams@mintz.com
Alec J. Zadek (*pro hac vice*)
AZadek@mintz.com
MINTZ, LEVIN, COHN, FERRIS,
GLOVSKY AND POPEO, P.C.
One Financial Center
Boston, MA 02111
Tel: (617) 542-6000

Alexandra Gallo-Cook (*pro hac vice*)
lgallocook@mintz.com
MINTZ, LEVIN, COHN, FERRIS,
GLOVSKY AND POPEO, P.C.
919 Third Avenue
New York, NY 10022
Tel: (212) 935-3000

</div>

<div>

/s/ *Andrew Rosenzweig*
Andrew Rosenzweig
Georgia Bar No. 372812
BENDIN SUMRALL & LADNER, LLC
One Midtown Plaza
1360 Peachtree Street NE, Suite 800
Atlanta, Georgia 30309
Phone: (404) 671-3100
Fax: (404) 671-3080
arosenzweig@bsllaw.net

*Counsel for Plaintiff Liberty Mutual Fire Insurance Company*

</div>

</div>

-2-

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 12, 2025, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all attorneys of record in the CM/ECF system.

September 12, 2025

                                         */s/ Andrew Rosenzweig*
                                         Andrew Rosenzweig
                                         Georgia Bar No. 372812
                                         BENDIN SUMRALL & LADNER, LLC
                                         One Midtown Plaza
                                         1360 Peachtree Street NE, Suite 800
                                         Atlanta, Georgia 30309
                                         Phone: (404) 671-3100
                                         Fax: (404) 671-3080
                                         arosenzweig@bsllaw.net

                                         *Counsel for Plaintiff Liberty*
                                         *Mutual Fire Insurance Company*