# Tyler Schoolcraft

| | |
|---|---|
| **From:** | ecf_help@ca11.uscourts.gov |
| **Sent:** | Tuesday, December 23, 2025 11:39 AM |
| **To:** | GANDdb_efile_Appeals_Clerk |
| **Subject:** | 25-13187-JJ Liberty Mutual Fire Insurance Company v. Red Roof Inns, Inc., et al "FRAP 11 Certification Requested" (1:23-cv-02047-LMM) |

**\*\*\*NOTE TO USERS\*\*\* The following notice is for internal court use only and access to the information is limited to named recipients. Access to the Notes and Documents may be further restricted.**

## United States Court of Appeals for the Eleventh Circuit

**Notice of Docket Activity**

The following transaction was filed on 12/23/2025

| | |
|---|---|
| **Case Name:** | Liberty Mutual Fire Insurance Company v. Red Roof Inns, Inc., et al |
| **Case Number:** | 25-13187 |

**Docket Text:**
**Please certify that the electronic record, including transcripts and exhibits, is complete for purposes of this appeal pursuant to 11th Cir. R. 11-2. Electronic versions of all documentary exhibits admitted into evidence at trial or any evidentiary hearing must be included in the electronic record on appeal pursuant to 11th Cir. R. 11-3. Please see 11th Cir. R. 11-3 for additional information about transmitting sealed or confidential exhibits, audio or video exhibits, and non-documentary physical exhibits.**

**Notice will be electronically mailed to:**

Clerk - Northern District of Georgia, Clerk of Court